# EXHIBIT "A"

## IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

Delaware and Kansas Secretary of State Information for Defendants Autauga Northern Railroad, LLC & Watco Companies, LLC

29716202 v1

Department of State: Division of Corporations

Allowable Characters

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4935233 | Incorporation Date / Formation Date: | 2/2/2011 (mm/dd/yyyy) |
| Entity Name: | AUTAUGA NORTHERN RAILROAD, L.L.C. | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD SUITE 400 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [Submit]

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

Kansas.gov | State Phone Directory | Online Services                      Home | Contact | FAQs



| Thinking | Starting | Maintaining | Closing |

# Business Entity Search

Date: 05/23/2017

Be advised the business information on this page is for summary informational purposes only. It is not an official filing with the Secretary of State's office and should not be relied on as such. Please view actual documents filed by customers with the secretary of State's office to ensure accurate information. When filing a Uniform Commercial Code statement on an entity, consult with your attorney to ensure the correct debtor name.

# Business Summary

**Current Entity Name**  
WATCO TRANSPORTATION SERVICES, L.L.C.  
[ File Name Change Online ]

**Business Entity ID Number**  
4472197  
[ View History and Documents ]

Current Mailing Address: 315 W. 3RD STREET, PITTSBURG, KS 66762  [ Update ]

Business Entity Type: KANSAS LTD LIABILITY COMPANY

Date of Formation in Kansas: 12/14/2010

State of Organization: KS

Current Status: ACTIVE AND IN GOOD STANDING

[ Certificate of Good Standing ]

**Resident Agent and Registered Office**

Resident Agent: CORPORATION SERVICE COMPANY

Registered Office: 2900 SW WANAMAKER DRIVE SUITE 204, TOPEKA, KS 66614

[ Update Resident Agent/Office ]

**Annual Reports**

The following annual report information is valid for active and delinquent status entities only.

Tax Closing Month: 12

<u>The Last Annual Report on File</u>: 12/2016

**Next Annual Report Due:** 04/15/2018   [ File Online ]

**Forfeiture Date:** 07/15/2018

[ Close Your Business ]

Be advised the business information on this page is for summary informational purposes only. It is not an official filing with the Secretary of State's office and should not be relied on as such. Please view actual documents filed by customers with the secretary of State's office to ensure accurate information. When filing a Uniform Commercial Code statement on an entity, consult with your attorney to ensure the correct debtor name.

- © 2017 Kansas.gov
- Portal Policies
- Help Center
- Contact Us
- About Us
- Site Map

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

View Search Results

## Entity Details

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 4913148 | Incorporation Date / Formation Date: | 12/15/2010 (mm/dd/yyyy) |
| Entity Name: | WATCO COMPANIES, L.L.C. | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD SUITE 400 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [Submit]

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

Kansas.gov | State Phone Directory | Online Services         Home | Contact | FAQs



| Thinking | Starting | Maintaining | Closing |

# Business Entity Search

Date: 05/23/2017

Be advised the business information on this page is for summary informational purposes only. It is not an official filing with the Secretary of State's office and should not be relied on as such. Please view actual documents filed by customers with the secretary of State's office to ensure accurate information. When filing a Uniform Commercial Code statement on an entity, consult with your attorney to ensure the correct debtor name.

# Business Summary

**Current Entity Name**          **Business Entity ID Number**

WATCO HOLDINGS, INC.             4457685

[ File Name Change Online ]      [ View History and Documents ]

Current Mailing Address: 315 W 3RD ST, PITTSBURG, KS 66762   [ Update ]

Business Entity Type: KANSAS FOR PROFIT CORPORATION

Date of Formation in Kansas: 10/19/2010

State of Organization: KS

Current Status: ACTIVE AND IN GOOD STANDING

[ Certificate of Good Standing ]

## Resident Agent and Registered Office

**Resident Agent:** CORPORATION SERVICE COMPANY

**Registered Office:** 2900 SW WANAMAKER DRIVE SUITE 204, TOPEKA, KS 66614

[ Update Resident Agent/Office ]

## Annual Reports

The following annual report information is valid for active and delinquent status entities only.

Tax Closing Month: 12

The Last Annual Report on File: 12/2016

Next Annual Report Due: 04/15/2018   [ File Online ]

Forfeiture Date: 07/15/2018

[ Close Your Business ]

Be advised the business information on this page is for summary informational purposes only. It is not an official filing with the Secretary of State's office and should not be relied on as such. Please view actual documents filed by customers with the secretary of State's office to ensure accurate information. When filing a Uniform Commercial Code statement on an entity, consult with your attorney to ensure the correct debtor name.

- © 2017 Kansas.gov
- Portal Policies
- Help Center
- Contact Us
- About Us
- Site Map